

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00533-CR

**EX PARTE** Francisco **ORTIZ CRUZ**

From the County Court, Kinney County, Texas
Trial Court No. 11891CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court denying appellant's application for writ of habeas corpus is AFFIRMED.

SIGNED February 22, 2023.

Patricia O. Alvarez, Justice